IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL J. BROOME,

      Plaintiff,

                                              Case No. 18-cv-860-jdp

  v.

KOHN LAW FIRM, S.C.,
and JASON DONALD HERMERSMANN,

      Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

plaintiff Michael J. Broome against defendants Kohn Law Firm, S.C. and Jason

Donald Hermersmann in the amount of $2,500.00.

| | |
|---|---|
| s/ Kyle Frederickson, Deputy Clerk | January 7, 2019 |
| Peter Oppeneer, Clerk of Court | Date |